## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DISNEY PUBLISHING WORLDWIDE; MARVEL WORLDWIDE INC., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants. | **Court No. 20-03806** |

### **SUMMONS**

TO:   **The Above-Named Defendants:**

You are hereby summoned and required to serve upon Plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 21* days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano

Clerk of the Court

**Faegre Drinker Biddle & Reath LLP**
Attorneys for Plaintiff
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone (312) 569-1157

/s/ Wm. Randolph Rucker
Signature of Plaintiff's Attorney

October 28, 2020

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.